| 2120 - Served | 2220 - Not Served | 2620 - Sec. of State |
|---|---|---|
| 2121 - Alias Served | 2221 - Alias Not Served | 2621 - Alias Sec. of State |

**Summons** (Rev. 12/31/15) CCM N649 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### ____FIRST____ MUNICIPAL DISTRICT, CIVIL DIVISION

**Name All Parties**

New 75th & Cottage Currency Exchange, Inc., an Illinois corporation
Plaintiff(s),
v.
United States Postal Service
Defendant(s),

3145 Lexington Avenue S, Eagan MN 55121
**Address of Defendants**

Case No. 17 M1 113391
Amount Claimed: $ 473.66+int., trbl dgms, atty fees & costs
Appearance Filing/Return Date: September 18, 2017
Status Date:
Trial Date:
Time: _____ Room: _____

Please serve as follows: ☐ Certified Mail ☐ Sheriff Service ☒ Alias (Plaintiff check one)

### SUMMONS

To each Defendant:
YOU ARE SUMMONED and required:
1. To file your written appeaance by yourself or your attorney and pay the required fee in:

☒ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm. 136; Skokie, IL 60077      District 5: 10220 S. 76th Ave., Rm. 121; Bridgeview, IL 60455
☐ District 4: 1500 Maybrook Dr., Rm. 236; Maywood, IL 60153

on ____September 18, 2017____ , between the hours of 8:30 a.m. and 2:30 p.m.;

☐ District 3: 2121 Euclid, Rm. 121; Rolling Meadows, IL 60008      District 6: 1650 S. Kedzie Pkwy., Rm. 119; Markham, IL 60428

on _____ , before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the **NOTICE TO THE DEFENDANT** on the reverse side.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than three (3) days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than threet (3) days before the day for appearance.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

☒ Atty. No.: 38341
Name: Sorman & Frankel, Ltd.
Atty. for: Plaintiff
Address: 180 N. LaSalle Street, Suite 2700
City/State/Zip Code: Chicago IL 60601
Telephone: 312-332-3535
Primary Email: pleadings@sormanfrankel.com
Secondary Email: dfrankel@sormanfrankel.com
Tertiary Email: jbartkowiak@sormanfrankel.com

Witness: DOROTHY BROWN AUG 1 1 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 2

(12/31/15) CCM N649

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

## NOTICE TO PLAINTIFF

You **MUST** select a return day of:
not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $10,000.

## NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

For District 1 Cases Only:

2. On the specified Return Day, one of the following may occur:

   a. If you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.

      (i)   If Plaintiff is not present, the case may be dismissed for want of prosecution.

      (ii)  If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.

      (iii) If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.

   b. If you are sued for more than $10,000.00, and if you have filed your appearance on time, you must file your answer no later than 10 days after the appearance date (return date) specified on the front of this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a judgment.

3. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

For District 2, 3, 4, 5 and 6 Cases:

4. If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.

5. On the specified Return Day, if you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.

6. On the specified Status/Trial Day, one of the following may occur:
   a. If Plaintiff is not present, the case may be dismissed for want of prosecution.
   b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.
   c. If you have filed an appearance and are present on Status/Trial Day, trial may be held that day, or may be set for another day certain.

The following is applicable to District 3 cases only:

7. This case may/may not be heard on the day for apperance specified in summons.

8. If the claim is for personal injury, or is a civil case in which Plaintiff has filed a jury demand, you will be required to file your appearance in person or by attorney Return Day, and your answer as required by Par. 2(b) above.
   These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge. Neither Plaintiff nor Plaintiff's attorney will be required to be present on Return Day. The case will be set for Status at 9:00 a.m., approximately 60 days from the date of filing. Plaintiff and Defendant will be required to appear in court on that status day.

9. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the Court.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
5/3/2017 8:30 AM
2017-M1-113391
ROOM: 1108
PAGE 1 of 9
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
MUNICIPAL DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT – FIRST DISTRICT

| | |
|---|---|
| NEW 75TH & COTTAGE CURRENCY EXCHANGE, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant(s). | Case No. <br><br> Amount claimed: $473.66, plus interest, treble damages, costs of suit, and attorneys' fees <br><br> Return Date: June 12, 2017 |

## VERIFIED COMPLAINT

Plaintiff, NEW 75TH & COTTAGE CURRENCY EXCHANGE, INC., an Illinois corporation ("Currency Exchange"), by its attorneys, Sorman & Frankel, Ltd., for its Verified Complaint (the "Complaint") against Defendant, UNITED STATES POSTAL SERVICE, ("Defendant"), states as follows:

1. Currency Exchange is a duly registered Illinois corporation with its principal place of business located at 425 Huehl Road, Building 3, Northbrook, Cook County, Illinois. Currency Exchange is a currency exchange regulated by the Illinois Department of Financial and Professional Regulation and its principal business activities include, among other things, providing check-cashing services to members of the general public for a fee.

2. Defendant has, upon information and belief, its principal place of business located at 433 W. Harrison Street, Chicago, IL.

3. Venue is proper in this Court pursuant to Section 5/2-101 of the Illinois Code of Civil Procedure, which provides that an action may be commenced "in the county in which the transaction or some part thereof occurred out of which the cause of action arose." 735 ILCS 5/2-101 (West 2017). A portion of the parties' business dealings, as well as prior

ELECTRONICALLY FILED
5/3/2017 8:30 AM
2017-M1-113391
PAGE 2 of 9

and subsequent acts and activities alleged and complained of herein, took place in Cook County, Illinois.

4. On or about November 18, 2016, Defendant issued one check, in the amount of $448.66, payable to Bianca J. Williams ("Payee") and drawn on Defendant's bank account (the "Check"), a copy of which is attached as Exhibit "A."

5. The Check is a negotiable instrument in that it is an unconditional promise to pay a definite amount of money, upon demand, payable to order, without any restriction on the face of the instrument.

6. After the Check was issued, it was tendered to and negotiated by Currency Exchange in exchange for cash paid to Payee.

7. Within thirty (30) days thereafter, the Currency Exchange presented the Check for payment and the Check was dishonored by reason of "stop payment." The Currency Exchange was charged "return check" fees by its bank, totaling $25.00, dishonored due to same.

8. Upon issuance of the Check and placing same in the stre... took an affirmative action to ensure that the Check... presentment.

```
 0.00  T
448.66  +
 25.00  +
473.66  T
```

9. Pursuant to 810 ILCS 5/3-301, *et seq.* (West 2017), Currency... course entitled to enforce the Check against Defendant.

10. Additionally, pursuant to 720 ILCS 5/17-1(E) (West 2017), Currency Exchange is entitled to a judgment against Defendant for an amount "in addition to the amount owing upon such check or order, damages of treble the amount so owing, but in no case less

2

ELECTRONICALLY FILED
5/3/2017 8:30 AM
2017-M1-113391
PAGE 3 of 9

than $100 nor more than $1,500, plus attorneys' fees and court costs". 720 ILCS 5/17-1(E) (West 2017).

11. Despite demand, Defendant has failed and refused to pay the balance due to Currency Exchange as identified in Currency Exchange's demand letter. (See Ex. "B").

12. Defendant has reimbursed Currency Exchange none of the $473.66 due.

13. Currency Exchange has performed all conditions to be performed by it.

14. Currency Exchange has suffered damages as a direct and proximate result of the actions or inactions of Defendant.

**WHEREFORE**, Plaintiff, NEW 75TH & COTTAGE CURRENCY EXCHANGE, INC., an Illinois corporation, respectfully requests this Court to enter Judgment in its favor and against Defendant, UNITED STATES POSTAL SERVICE, as follows:

A. Awarding Currency Exchange damages in the sum of $473.66, less amounts previously paid to it by Defendant;

B. Treble damages as to the Check, in the total sum of $1,345.98, as provided by 720 ILCS 5/17-1(E);

C. Interest as permitted pursuant to 810 ILCS 5/3-806;

D. Attorneys' fees in the sum of at least $350.00 as permitted pursuant to 720 ILCS 5/17-1(E) and 810 ILCS 5/3-806;

E. All reasonable and necessary costs incurred in connection with these proceedings, as permitted pursuant to 720 ILCS 5/17-1 and 810 ILCS 5/3-806; and,

3

F. For a judgment against Defendant in the sum of $2,169.64, plus costs, and for such other, further and different relief as this Court deems just and proper.

Respectfully submitted,

NEW 75TH & COTTAGE CURRENCY EXCHANGE, INC., an Illinois corporation, Plaintiff,

By: _____
One of its Attorneys

ELECTRONICALLY FILED
5/3/2017 8:30 AM
2017-M1-113391
PAGE 4 of 9

David J. Frankel, Esq.
Kathleen M. Haggerty, Esq.
Brian D. Nevel, Esq.
**Sorman & Frankel, Ltd.**
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)
pleadings@sormanfrankel.com
Firm ID# 38341

4

### Verification by Certification

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that they are a duly authorized representative of Plaintiff and that the statements set forth in this Verified Complaint are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that they verily believes the same to be true.

*/s/ Richard Barr/*

Richard Barr, as owner of Plaintiff



Return ID: 4466091 Deposit ID: 34530627
Original Scan Date: 12/23/16 07:46
Return Date: 12/30/16 06:55
Return Reason: Stop Payment

ELECTRONICALLY FILED
5/3/2017 8:30 AM
2017-M1-113391
PAGE 6 of 9

# Bonnie J. Schoenberg
## CFSC
*Attorney at Law*
425 Huehl Road, Building 3
Northbrook, Illinois 60062

847-509-6620
Fax 847-509-6593
Email BSchoenberg@cfsc.com

January 10, 2017

Via Certified Mail – Return Receipt Requested and U.S. Mail
United States Postal Service
5 S. Wabash Avenue, #206
Chicago, IL 60603
Attn: Finance Department – Accounts Payable

Re:    **Creditor:**    **New 75th & Cottage Currency Exchange, Inc.**
      **Amount claimed:**    **$448.66 + $25.00 fee ($473.66), Check No. 58892000**
      **Date of issuance:**    **11/18/16**    **Payee: Bianca J. Williams**

Dear Sir or Madam:

Please be advised that this firm has been retained by New 75th & Cottage Currency Exchange, Inc. to represent it in its claims against your company based upon your company's issuance of the check identified above. That check was cashed by the Currency Exchange and was returned unpaid due to "stop payment."

Pursuant to 720 ILCS 5/17-1(E), as well as 810 ILCS 5/3-301 *et seq.*, you are put on notice that in the event you fail to remit the face amount of the above-described check made payable to the **New 75th & Cottage Currency Exchange, Inc. and mailed to the Northbrook address shown at the top of this letterhead**, along with the "returned check fee" of $25.00 identified above and Currency Exchange's attorneys' fees and court costs, within thirty (30) days following this demand or by the date the judgment may be entered, pursuant to the above statutes, the Currency Exchange may be awarded by a court of competent jurisdiction the face amount of the check(s), attorneys' fees, court costs incurred and service fees and damages in triple the amount of each check (in no case less than $100.00 nor more than $1,500.00 per check) and non-litigation collection expenses. Prior to the hearing, you may tender to the claimant an amount of money equal to the sum of the amount of the checks, the incurred court costs, service and attorneys' fees, and the claimant is required to accept that amount.

Unless you, the recipient of this notice, within thirty (30) days after receipt, dispute the validity of this debt or any portion thereof, the debt will be assumed to be valid. If you notify the undersigned, in writing within the thirty (30) day period that the debt, or any portion thereof is disputed, the undersigned will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you. Upon written request, within the thirty (30) day period described above, the undersigned will provide you with the name and address of the original creditor, if different from the Currency Exchange. Absent hearing from you within thirty (30) days after the receipt of this notice, the debt set forth herein will be assumed to be valid by the Currency Exchange and its lawyers unless you dispute, in writing, the validity of same within the given time period. Nothing requires or obligates the Currency Exchange to wait thirty (30) days from the date of issuance of this letter to commence legal proceedings against you to collect the debt.

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you have any questions or wish to discuss this matter further, **please contact Eric Page at (847) 509-6655**.

Yours truly,

Bonnie J. Schoenberg, General Counsel

ELECTRONICALLY FILED
5/3/2017 8:30 AM
2017-M1-113391
PAGE 7 of 9

Print Label      Page 1 of 1

Bonnie Schoenberg - Attorney at Law
425 Huehl Road
Building 3
NORTHBROOK IL 60062-2323

US POSTAGE AND FEES PAID
FIRST CLASS
Jan 11 2017
Mailed from ZIP 60062



071S00777793

**USPS CERTIFIED MAIL**



**9414 8102 0083 0428 7957 60**

United States Postal Service
Attn Finance Department - Accounts Payable
5 S Wabash Avenue
CHICAGO IL 60603-3800

FOLD ALONG THIS LINE

ELECTRONICALLY FILED
5/3/2017 8:30 AM
2017-M1-113391
PAGE 8 of 9

https://www.certifiedmaillabels.com/print-label      1/10/2017

## Certified Mail Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Bonnie Schoenberg - Attorney at Law
425 Huehl Road
Building 3
NORTHBROOK IL 60062-2323

US POSTAGE AND FEES PAID
FIRST-CLASS
Jan 11 2017
Mailed from ZIP 60062
1 oz First Class Mail Letter



071S00777793

USPS CERTIFIED MAIL



9414 8102 0083 0428 7957 60

United States Postal Service
Attn Finance Department - Accounts Payable
5 S. Wabash Avenue
CHICAGO IL 60603-3000

ELECTRONICALLY FILED
5/3/2017 8:30 AM
2017-M1-113391
PAGE 9 of 9

| | |
|---|---|
| Reference | 75th & Cottage vs. U.S. Postal Serv., Bianca Williams |
| USPS # | 94148102008304287957760 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 11:05 am on January 31, 2017 in CHICAGO, IL 60602. |
| USPS History | Business Closed, January 23, 2017, 2:58 pm, CHICAGO, IL 60604<br>Business Closed, January 14, 2017, 10:59 am, CHICAGO, IL 60604<br>Out for Delivery, January 14, 2017, 10:04 am, CHICAGO, IL 60603<br>Sorting Complete, January 14, 2017, 9:23 am, CHICAGO, IL 60603<br>Arrived at Unit, January 14, 2017, 6:24 am, CHICAGO, IL 60604<br>In Transit to Destination, January 13, 2017, 11:08 pm<br>Departed USPS Destination Facility, January 12, 2017, 11:08 pm, CHICAGO, IL 60607<br>Arrived at USPS Destination Facility, January 12, 2017, 10:15 am, CHICAGO, IL 60607<br>Departed USPS Facility, January 12, 2017, 5:32 am, CAROL STREAM, IL 60199<br>Arrived at USPS Destination Facility, January 11, 2017, 9:14 pm, CAROL STREAM, IL 60199<br>Shipping Label Created, USPS Awaiting Item, January 10, 2017, 2:20 pm, NORTHBROOK, IL 60062 |

**Electronic Delivery Confirmation Report © "2017"** Certified Mail Envelopes, Inc. All rights reserved. The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright "2017"** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com   www.Certified-Mail-Envelopes.com

Date Verified: 1/31/2017 11:14:23 PM (UTC)

# *HAND DELIVERED*

# *BY*

# SHERIFF'S OFFICE

RECEIVED BY: _Dorothy Haynes_  DATE: _____

2017AUG29 10:59

| Date | Note | Creator Name | Type | Status | Source |
|---|---|---|---|---|---|
| 20-DEC-2016 16:02:00 | From: Sullivan, Bill J - Eagan, MN  Sent: Tuesday, December 20, 2016 3:21 PM To: Nelson, Larry J - Eagan, MN Subject: RE: Former employee with Receivable and Outstanding Checks Larry,  We will stop payment on check number 58892000 dated 11/18/16 for $448.66 and change the alternate inscription to: apply to #702762863  Local office would request $58.66 (Balance Due) of new check to be applied to Invoice #702762863.   Difference of $390.00 to be re-issued. (448.66-58.66=390.00)  From: Nelson, Larry J - Eagan, MN  Sent: Tuesday, December 20, 2016 2:11 PM To: Sullivan, Bill J - Eagan, MN Cc: Wenziker, Gordon - Carol Stream, IL Subject: FW: Former employee with Receivable and Outstanding Checks  Bill…Please assist customer with stop pay and re-issue of USPS check?  Thanks | NELSON, LARRY J | Callback | Public | Party |

| | | |
|---|---|---|
| **From:** | Reinsch, Larry R - Eagan, MN | |
| **Sent:** | Wednesday, September 13, 2017 3:32 PM | |
| **To:** | Richardson, Sundrea - Chicago, IL | |
| **Subject:** | JP Morgan | |

Account: 844016790-USPS PAYROLL

Inquiry Type: ● Single ○ Range
Status: All
Posted From: 11/16/2016
Posted To: 09/13/2017

Check/Serial Number *: 58892000
Amount(USD) *:
Sequence Number *:
Issue Date:

Additional Data:

NOTE: For Inquiry Results greater than 250 items, only the first 250 items matching your inquiry will be returned.

| # | Check/Serial# | Amount (USD) | Issue Date | Sequence Number | Additional Info | Effective Date |
|---|---|---|---|---|---|---|
| 1. | 58892000* | 448.66 | | 5980848108 | | 12/28/2016 |
| 2. | 58892000* | 448.66 | | | | 12/21/2016 |
| 3. | 58892000* | 357.89 | | 8080110479 | | 11/22/2016 |

1

**From:** Reinsch, Larry R - Eagan, MN
**Sent:** Wednesday, September 13, 2017 3:39 PM
**To:** Richardson, Sundrea - Chicago, IL
**Subject:** Bianca Williams



**View Payment**

**General Acct Payment Details**

[Back]

| | | |
|---|---|---|
| Payee EIN: 04447015 | Enter Date: 12/30/2016 | |
| Seq: 1 | Enter Time: 13:53:10 | |
| Process Code: P | Entered by: KZWT92 | |
| Run Date: 12/30/2016 | Updated by: AAG764 | |
| Process Date: 12/30/2016 | Updated on: 01/31/2017 18:15:13 | |
| MO/FY: 03 2017 | PP/CY: 01 2017 | |
| Form of Payment: C | Pull Check Ind: N | Flag 109 |

Name: BIANCA J WILLIAMS
5411 S WOOD ST
CHICAGO, IL 60609 -5715

Payment Type: General Acct
Payment Amt: $ 390.00
Net Check: $ 390.00

| | |
|---|---|
| Finance Number: 104390 | Dist Code: 100 |
| Account: 23438 | Sub Account: 000 |

**Remarks**

DEBIT MEMO INVOICE#2876380
THE ATTACHED CHECK REPRESENTS A REFUND OF AN ACCOUNTS RECEIVABLE OVERPAYMENT.
BIANCA J WILLIAMS 04447015

**Payment Information**

Process Date: 12/30/2016
Check #: 0110247238    Check Date: 01/03/2017

1